# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00106-CR

**William Black, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-18-904301, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on May 6, 2109. On counsel's motions, the time for filing was extended to August 5, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than September 4, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on August 8, 2019.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish